# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**UNITED STATES OF AMERICA,**

**v.**  **CRIMINAL NO. 4:04CR68-D**

**DEXTER CONROD,**

## ORDER

Pending before the Court is defendant's Motion for Discovery [141]. Having duly considered the same, the Court finds this filing is essentially a request to the government for discovery, as defendant does not allege that the government has failed to meet its obligation to disclose under the *Federal Rules of Criminal Procedure* or other governing law. Accordingly, no Court intervention is required and the motion is **DENIED** as premature.

**THIS**, the 8th day of July, 2005.

/s/ Eugene M. Bogen
**U. S. MAGISTRATE JUDGE**